**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Raul SANCHEZ–DE ANDA, Defendant—Appellant.**

No. 06–50708.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2007 *.

Filed Nov. 26, 2007.

Eugene S. Litvinoff, Esq., USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Robert Carriedo, Esq., San Diego, CA, for Defendant–Appellant.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Raul Sanchez–De Anda appeals from the 70–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Sanchez–De Anda contends that his sentence is unreasonable because the district court failed properly to consider his personal circumstances. We disagree. *See United States v. Plouffe*, 445 F.3d 1126, 1131 (9th Cir.), *cert. denied*, 547 U.S. 1158, 126 S.Ct. 2314, 164 L.Ed.2d 832 (2006). In addition, we cannot say Sanchez–De Anda's sentence was unreasonable. *See id.*

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.